IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Virginia Smelser and husband, | ) | C.A. No. 6:12-1174-HMH |
| Joseph Smelser, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **OPINION AND ORDER** |
| vs. | ) | |
| | ) | |
| Anna Marcius, Jorge Mercado, Jr., | ) | |
| Bristol West Insurance Company a/k/a | ) | |
| Farmers Insurance Group, and State Farm | ) | |
| Insurance Companies, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Bristol West Insurance Company a/k/a Farmers Insurance Group is ordered to inform the court of its state of incorporation and principal place of business for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332. The Defendant is ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
June 11, 2012